THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS R. HUGHES and MILTON SPEISER, Appellants.

Argued November 22, 1937; decided January 25, 1938.

*I. Maurice Wormser, George Gordon Battle, Irving Mariash* and *Leo Klugherz* for Milton Speiser, appellant.

*David P. Siegel* and *Samuel Hassen* for Thomas R. Hughes, appellant.

*William Copeland Dodge, District Attorney (Felix C. Benvenga, Bernard Botein, Lyon Boston* and *Richard H. Wels* of counsel); for respondent.

As to each defendant, judgment affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J. RIPPEY, J., concurs as to defendant Hughes, but dissents as to defendant Speiser. Taking no part: HUBBS, J. (See 277 N. Y. 342, 596.)